# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

                                                                           Civil Action
                                                                           No: 15cv13480-WGY

Paul G. Joubert et al
**Plaintiff**

v.

Town of Sandwich et al
**Defendant**

## ORDER OF REMAND

YOUNG, D.J.

    In accordance with the Court's Order dated October 5, 2015, the above-entitled action is hereby REMANDED to the Massachusetts Land Court.

                                                             By the Court,

                                                             /s/Matthew A. Paine
                                                             Deputy Clerk

October 5, 2015